**Order entered December 1, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00617-CV**

**IN THE INTEREST OF P.H., A CHILD**

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 89,795**

**ORDER**

Before the Court is the Department's December 1, 2022 motion to file its brief late. We **GRANT** the motion and **ORDER** the brief received November 29, 2022 filed as of the date of this order. Any reply brief shall be filed no later than December 6, 2022.

/s/　BILL PEDERSEN, III
　　　 JUSTICE